IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00618-WDM-MJW

FRANK DENETCLAW,
an individual,

   Plaintiff,

v.

THOUTT BROTHERS CONCRETE CONTRACTORS, INC.,
a Colorado Corporation

   Defendant.

---

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO ALLOW DEPOSITIONS OF NAMED WITNESSES THROUGH THE DISCOVERY CUT-OFF DATE
( Docket No. 13 )

---

THE COURT, having reviewed the Joint Motion of the parties, and being fully advised in the premises;

Hereby GRANTS said motion, and amends paragraph 7.e. of the Scheduling Order to provide that depositions of Frank Denetclaw, C.J. Thoutt and Brian Spahn may be taken up to and including December 15, 2006. All other provisions of the Scheduling Order to remain in effect.

DATED this October 26, 2006

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO