IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00618-WDM-MJW

FRANK DENETCLAW,

    Plaintiff,

v.

THOUTT BROTHERS CONCRETE CONTRACTORS,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to exceed the 20 page limit, filed February 1, 2007 (Docket No. 20), is granted to the extent that Plaintiff may file a brief of no more than 23 pages.

Dated:  February 2, 2007

                                      s/ Kathy Preuitt-Parks, Deputy Clerk