IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00618-WDM-MJW

FRANK DENETCLAW,

   Plaintiff(s),

v.

THOUTT BROTHERS CONCRETE CONTRACTORS, INC.,

   Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

   The following Minute Order is entered by Judge Walker D. Miller:

   Defendant's motion to strike (doc. No. 25) is granted. Plaintiff's brief (doc. No. 24) is stricken. Plaintiff's second motion for more pages (doc. No. 27) is granted in part and denied in part. Plaintiff shall file a brief of no more than 25 pages (in PDF format) on or before March 1, 2007.

Dated: February 15, 2007

                                             s/ Jane Trexler, Judicial Assistant