IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00618-WDM-MJW

FRANK DENETCLAW,

Plaintiff(s),

v.

THOUTT BROS. CONCRETE CONTRACTORS, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend the Scheduling Order to Reopen Discovery for Limited Purpose (docket no. 36) is GRANTED finding good cause shown under Fed. R. Civ. P. 16(b).  Discovery is reopened for the limited purpose of taking the deposition of Kimberly Olkjer only and for no other purpose. Discovery is extended for this limited purpose stated above until April 30, 2007.  The Rule 16 Scheduling Order is amended consistent with this minute order.

In this case, witness Kimberly Olkjer was disclosed under Fed. R. Civ. P. 26(a)(1) by Defendant.  However, on November 22, 2006, Defendant's counsel e-mailed Plaintiff's counsel and informed him that Ms. Olkjer no longer worked for Defendant and that Defendant's counsel had been unsuccessful in reaching Ms. Olkjer. On or about December 5, 2006, Plaintiff attempted to serve Ms. Olkjer with a subpoena but was unsuccessful.  On December 8, 2006, Plaintiff's counsel conferred with Defendant's counsel trying to seek another address for Ms. Olkjer but was told by Defendant's counsel that he had no other address for Ms. Olkjer.  On January 15, 2007, Defendant's counsel filed a Motion for Summary Judgment (docket no. 19) which included an affidavit from Kimberly Olkjer dated January 9, 2007.  The Final Pretrial Conference in this case is set on May 18, 2007, at 8:30 a.m. and no trial date has been set.  Accordingly, Defendant cannot demonstrate any prejudice by allowing additional time to complete the deposition of Ms. Olkjer.

Date: March 27, 2007