IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00618-WDM-MJW

FRANK DENETCLAW,

Plaintiff(s),

v.

THOUTT BROS. CONCRETE CONTRACTORS, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Order Compelling Disclosure of Witness (docket no. 46) is GRANTED.  Plaintiff shall provide to Defendant the name, address and telephone number of the "assistant" to Defendant on or before May 30, 2007.

In Nelson Alston's affidavit that was marked exhibit 8 in paragraphs 6-11 attached to Plaintiff's Response to Defendant's Motion for Summary, Mr. Alston referred to a person as his "assistant" who has personal knowledge concerning the circumstances that led to the service upon Defendant of a Complaint that was not a copy of a Complaint filed in this case by Plaintiff with the court, but which alleged that Plaintiff received the Notice of Right-to-Sue from the EEOC on January 3, 2006.  In this case, the date of the receipt of the Right-to-Sue letter is relevant under Fed. R. Evid. 401 as to the statute of limitations issue that is at issue in this case.  Moreover, the identity of such "assistant" is not privileged and is discoverable under Fed. R. Civ. P. 26 (b) and Plaintiff is required to supplement his disclosures under Fed. R. Civ. P. 26 (e) with the name, address and telephone number of the "assistant."

Date:  May 21, 2007