IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00618-WDM-MJW

FRANK DENETCLAW,

Plaintiff(s),

v.

THOUTT BROS. CONCRETE CONTRACTORS, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion and Brief to Reopen Discovery for the Purpose of Deposing a Recently Disclosed Witness (docket no. 56) is GRANTED finding good cause shown and further finding that Plaintiff has failed to file any response to this motion and this court deems the motion confessed.  Defendant is granted leave to depose recently disclosed witness, Sarah E. Johnson.  Defendant shall complete the deposition of Sarah E. Johnson by August 10, 2007.  Discovery is reopened for the limited purpose of taking the deposition of Ms. Johnson.

Date: July 10, 2007